Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94108
Telephone:    (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant
CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MONEDERO, | **CASE NO. CV-08-3291 CW** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| CELLCO PARTNERSHIP d.b.a. VERIZON WIRELESS, and DOE ONE through DOE FIFTY, inclusive, | |
| Defendants. | |

1   The undersigned parties, pursuant to the following Order, hereby stipulate that the date for
2   the exchange of Fed. R. Civ. P. 26(a) disclosures may be extended to October 31, 2008.

**IT IS SO STIPULATED.**

Dated: October 14, 2008                          Respectfully submitted,

                                                 Jones Day

                                                 By: /S/ Catherine S. Nasser
                                                     Catherine S. Nasser

                                                 Attorneys for Defendant
                                                 CELLCO PARTNERSHIP D/B/A VERIZON
                                                 WIRELESS

Dated: October 14, 2008                          Law Offices of O'Donnell & Smith

                                                 By:  /S/ James J. O'Donnell
                                                      James J. O'Donnell

                                                 Attorney for Plaintiff
                                                 DAVID MONEDERO


SIGNATURE ATTESTATION

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a "conformed" signature (/S/) within this efiled document.

Dated: October 14, 2008                          Jones Day

                                                 By: /S/ Catherine S. Nasser
                                                     Catherine S. Nasser

                                                 Attorneys for Defendant
                                                 CELLCO PARTNERSHIP D/B/A VERIZON
                                                 WIRELESS

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____10/16_____, 2008    By,_____[signature: Claudia Wilken]_____
                                                              The Honorable Claudia Wilken
                                                              United States District Judge

SFI-593942v1