1  Aaron L. Agenbroad (State Bar No. 242613)
   alagenbroad@jonesday.com
2  Catherine S. Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94108
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   CELLCO PARTNERSHIP
7  d/b/a VERIZON WIRELESS

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11  DAVID MONEDERO,                                **CASE NO. CV-08-3291 CW**

12            Plaintiff,

13       v.                                        **STIPULATION AND ORDER EXTENDING DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION CONFERENCE**

14  CELLCO PARTNERSHIP d.b.a. VERIZON
    WIRELESS, and DOE ONE through DOE
15  FIFTY, inclusive,

16            Defendants.

17

18       The parties hereto, by and through their undersigned counsel, and subject to the approval

19  of the Court, do hereby STIPULATE AND AGREE as follows:

20       1.   WHEREAS, Plaintiff David Monedero ("Plaintiff") and Defendant Cellco

21  Partnership d/b/a Verizon Wireless ("Defendant") are scheduled to attend an Early Neutral

22  Evaluation ("ENE") conference on February 24, 2009 before evaluator Dirk M. Schenkkan;

23       2.   WHEREAS, Plaintiff and Defendant are currently engaged in informal settlement

24  discussions and share a reasonable belief that they will reach a resolution of this matter either

25  prior to or shortly after the scheduled ENE conference;

26       3.   WHEREAS, Plaintiff and Defendant agree that extending the deadline for

27  conducting the ENE conference will allow the parties to focus on settlement during the time that

28  would otherwise be spent preparing for the ENE session, including conducting multiple

STIP. AND [PROP.] ORDER EXTENDING          1                    Case No. CV-08-3291 CW
DEADLINE FOR ENE SESSION

depositions;

4. WHEREAS, an extension will reduce the potentially unnecessary expenditure of time and resources by the parties and the evaluator;

5. WHEREAS, the extension sought will not affect the other deadlines in this case set forth in the Court's Case Management Order dated October 23, 2008;

6. IT IS HEREBY STIPULATED by and between Plaintiff and Defendant through their respective counsel of record, subject to the approval of the Court, that the deadline for conducting an ENE conference is extended by thirty (30) days to March 24, 2009.

Dated: February 6, 2009    Jones Day

By:  /S/ Catherine S. Nasser
     Catherine S. Nasser

Attorneys for Defendant
CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS

Dated: February 6, 2009    Law Offices of O'Donnell & Smith

By:  /S/ James J. O'Donnell
     James J. O'Donnell

Attorney for Plaintiff
DAVID MONEDERO

**IT IS SO ORDERED.**

Dated: __2/10_____, 2009    By: _____
                                   The Honorable Claudia Wilken
                                   United States District Judge

<u>SIGNATURE ATTESTATION</u>

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a "conformed" signature (/S/) within this efiled document.

Dated: February 6, 2009    Jones Day

By:  /S/ Catherine S. Nasser
     Catherine S. Nasser

Attorneys for Defendant
CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS