James J. O'Donnell, SBN 120940
Law Offices of
**O'DONNELL & SMITH**
309 Lennon Lane, Suite 101
Walnut Creek, CA 94598
Tel. (925) 935-1707

Attorneys for Plaintiff

FILED
MAR 18 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DAVID MONEDERO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP d.b.a. VERIZON WIRELESS, AND DOE ONE THROUGH DOE FIFTY, inclusive,<br><br>　　　　Defendants. | Case No. 08-03291 CW ENE<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff DAVID MONEDERO and Defendant CELLCO PARTNERSHIP d.b.a. VERIZON WIRELESS, through their respective counsel, that the complaint of Plaintiff shall be and hereby is dismissed with prejudice, pursuant to the settlement of the parties. The parties will bear their respective costs of suit and attorney's fees incurred herein.

Dated: March 13, 2009

O'DONNELL & SMITH

By: _____
James J. O'Donnell
Attorneys for Plaintiff DAVID MONEDERO

1

Dated: March 13, 2009

JONES DAY
By:

_____
Catherine S. Nasser

Attorneys for Defendant CELLCO
PARTNERSHIP d.b.a. VERIZON WIRELESS

**ORDER**

IT IS SO ORDERED.

DATED: 3/18/09

_____
CLAUDIA WILKEN
U.S. District Court Judge